MINUTE ENTRY          9:25 a.m.

Aviation Industry Reporting Sysytem, Inc. et al -vs- CNMI Travel Agency, Inc.

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Randy Schmidt, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Eric Smith, Attorney for Plaintiffs
   David Banes, Attorney for Bank of Guam
   Mark Hanson, Attorney for Defendants
   Bruce Berline, Attorney for Defendants

PROCEEDINGS: MOTIONS TO COMPEL

Plaintiffs were represented by Attorneys Eric Smith and David Banes. Defendants were represented by Attorney Mark Hanson and Bruce Berline.

Attorney Banes reported to the Court that the parties had come to some agreements on some of the motions to compel and reported the details.

Detailed discussions and arguments were had between the parties regarding the discovery motions.

Court recessed at 10:25 a.m. and reconvened at 10:50 a.m.

Court, after hearing all arguments, Court directed Attorney Berline to prepare the order, submit to other parties for approval, and to the Court for signature.

        Adjourned 11:00 a.m.


;   [KLL EOD 12/03/2004]