MINUTE ENTRY            10:10 a.m.


 Aviation Industry Reporting System, Inc. et al -vs- CNMI Travel Agency, Inc.


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Randy Schmidt, Law Clerk
    Sanae Shmull, Court Reporter
    K. Lynn Lemieux, Courtroom Deputy
    Bruce Berline, Attorney for Defendants
    Mark Hanson, Attorney for Defendants
    Eric Smith, Attorney for Plaintiff
    David Banes, Attorney for Plaintiff

 PROCEEDINGS: CROSS MOTIONS for SUMMARY JUDGMENT/ MOTION TO WITHDRAW AS COUNSEL OR RECORD/ MOTION TO STRIKE OR CONTINUE TRIAL

 Plaintiffs were represented by Attorneys David Banes and Eric Smith. Defendants were represented by Attorney Bruce Berline and Mark Hanson.

 Attorney Mark Hanson moved for a continuance.  Court denied the motion.

 Attorney Eric Smith argued the motion for summary judgment.  Attorney Hanson argued on behalf of the defendants.  Court, after hearing argument, took this matter under advisement and stated that a written ruling would be forthcoming.

 Attorney Hanson argued his motion to withdraw as counsel.  Attorney Banes argued on behalf of the plaintiffs.

 Ms. Dina Aguon, representing the Board of CNMI Travel Agency, after being sworn, was examined by the Court as to why Attorney Hanson hasn't been paid and what they proposed.  Ms. Aguon stated that the Board Members have to sign the approval to and plan to pay Attorney Hanson $20,000 by the 15th of January.  Ms. Aguon stated to the Court that she would accompany Attorney Hanson to First Hawaiian Bank after this hearing and give Attorney Hanson a cashiers check for $10,000.    Further, Ms. Aguon agreed to get the remainder of the attorney fees to him by the 15th of January.

 Court, after hearing all argument, DENIED at this time without prejudice.

 Attorney Bruce Berline argued the motion for the continuance of trial.  Attorney Banes argued on behalf of the Plaintiffs.  Attorney Hanson argued. Court DENIED the motion to continue trial.


        Adjourned 11:50 a.m.



;   [KLL EOD 01/07/2005]