MINUTE ENTRY          2:10 p.m.

Aviation Industry RS, Inc. -vs- CNMI Travel Agency, Inc.

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Eric Smith, Attorney for Plaintiffs

PROCEEDINGS: HEARING ON A MOTION RE: DEPOSITIONS

Plaintiffs were represented by Attorney Eric Smith. Defendants were represented by counsel, Attorney Joshua Berger.  Ms. Diana Aguon, President of CNMI Travel.

Attorney Smith moved for a motion in Aid of Judgment.

Plaintiff called witness:

DIANA  AGUON. (President of CNMI Travel).  DX. CX.

Attorney Smith moved for an Order from the Court for the defendant to pay $1,500 a month toward the judgment.  No argument.

Court ordered that the defendant make a payment of $1,500 on the first of the month, to the Office of Smith and Williams, and that a semi-annually accounting be stipulated to and prepared by Attorney Smith.


       Adjourned 2:35 p.m.
;   [KLL EOD 06/24/2005]