SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AVIATION INDUSTRY REPORTING SYSTEM, INC., CONTINENTAL AIRLINES, INC. and NORTHWEST AIRLINES, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANAS ISLAND TRAVEL AGENCY, INC.,<br><br>Defendant. | CIVIL ACTION NO. CV-03-0039<br><br>**MOTION FOR AN ORDER TO SHOW CAUSE IN RE: CONTEMPT**<br><br>Date:<br>Time:<br>Judge:   Hon. Alex R. Munson |

COME NOW PLAINTIFFS, by and through their attorneys, Smith & Williams, and move this Court for an Order to Show Cause In Re Contempt against Defendant CNMI Travel Agency, Inc. for its failure to obey the Court's order dated June 28, 2005, wherein Defendant was ordered to pay Plaintiffs $1,500.00 per month every 1st day of the month beginning July 1, 2005. Defendant failed to make a payment on September 1, 2005, and despite repeated reminders and phone calls to its president, Dina Aguon, Defendant failed and continues to fail to make payment.

RESPECTFULLY SUBMITTED.

Date: September 13, 2005

MARK K. WILLIAMS
Attorney for the Plaintiffs