SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel: 233-3334
Fax: 233-3336

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AVIATION INDUSTRY REPORTING SYSTEM, INC., CONTINENTAL AIRLINES, INC. and NORTHWEST AIRLINES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COMMONWEALTH OF THE NORTHERN MARIANAS ISLAND TRAVEL AGENCY, INC., <br><br> Defendant. | CIVIL ACTION NO. CV-03-0039 <br><br> **DECLARATION IN SUPPORT OF MOTION FOR AN ORDER TO SHOW CAUSE IN RE: CONTEMPT** <br><br> Date: <br> Time: <br> Judge: Hon. Alex R. Munson |

I, MARK K. WILLIAMS, declare under penalty of perjury as follows:

1. I am one of the attorneys for Plaintiffs in the above referenced case.

2. The facts set forth in the attached Motion for an Order To Show Cause are true and accurate to the best of my knowledge.

3. Judgment in the amount of $165,114.45, costs of $3,044.15 and accrued interest of 3.82% per annum, were rendered against Defendant CNMI Travel Agency on January 24, 2005.

4. On June 28, 2005, this Court ordered Defendant to pay Plaintiffs the amount of $1,500.00 every first day of the month beginning July 1, 2005.

5. Defendant failed to make any payment on September 1, 2005 up to the time of the filing of this motion.

1  6.  Despite repeated reminders to Defendant's staff and messages to its President, Dina Aguon, no payment has been received from Defendant to date.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on September 13, 2005, at Garapan, CNMI.

_____
MARK K. WILLIAMS
Declarant