SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:  233-3334
Fax:  233-3336

Attorneys for Plaintiffs

Clerk
District Court

SEP 1 3 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AVIATION INDUSTRY REPORTING SYSTEM, INC., CONTINENTAL AIRLINES, INC. and NORTHWEST AIRLINES, INC., | CIVIL ACTION NO. CV-03-0039 |
| Plaintiffs, | **ORDER TO SHOW CAUSE IN RE: CONTEMPT** |
| vs. | |
| COMMONWEALTH OF THE NORTHERN MARIANAS ISLAND TRAVEL AGENCY, INC., | Date:  SEP 1 6 2005<br>Time:  8:30 a.m.<br>Judge:  Hon. Alex R. Munson |
| Defendant. | |

TO:    **CNMI TRAVEL AGENCY, INC.**

YOU ARE HEREBY ORDERED to appear before this Court at the 1st Floor of the Horiguchi Building, Garapan, Saipan MP on SEPTEMBER 16, at 8:30 am, to give any legal reason why this Court should not find you guilty of contempt and punish you for wilfully disobeying its Order, as set forth in the Declaration of Mark K. Williams, attorney for Plaintiffs.

Your failure to appear may subject you to arrest upon a warrant of this Court.

SO ORDERED.

Date:  9-13-2005

_____
ALEX R. MUNSON
Chief Judge