IN THE DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

SEP 15 2005

For The Northern Mariana Islands

_____
(Deputy Clerk)

AVIATION INDUSTRY REPORTING SYSTEM,
INC., CONTINENTAL AIRLINES, INC. and
NORTHWEST AIRLINES, INC.

Plaintiffs(s)

COMMONWEALTH OF -v- THE NORTHERN
MARIANAS ISLAND TRAVEL AGENCY, INC,

Defendant(s)

C.A. No. CV-03-0039

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __15th__ day of __September__, 2005 at __10:20 A.M.__, I personally served upon __CNMI TRAVEL AGENCY, INC.__, a true and correct copy of the:

[ ] Summons and Complaint

[X] Order dated __9/13/05__.

[X] Other (specify) ORDER TO SHOW CAUSE IN Re:CONTEMPT / MOTION FOR AN ORDER TO SHOW CAUSE IN Re:CONTEMPT / DECLARATION IN SUPPORT OF MOTION FOR AN ORDER TO SHOW CAUSE IN Re: CONTEMPT in the above-captioned matter.

Service was made as follows:

[ ] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[X] By delivering it to __DYNA R. AGUON (PRESIDENT)__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __at CNMI Travel Agency office in Chalan Laulau__

The charge for service is: __$ 20.00__.

Dated, this __15th__ day of __September__, 2005.

_____
Rainaldo S. Agulto

Hearing date: __9/16/05__