**SMITH & WILLIAMS**
*Attorneys-At-Law*
P.O. Box 5133 CHRB
Saipan MP 96950

Tel. Nos. (1-670) 233-3334/5  Fax No. (1-670) 233-3336
markwilliams@saipan.com

F I L E D
Clerk
District Court

SEP 1 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

September 15, 2005

Honorable Alex R. Munson
Chief Judge
U.S. District Court for the NMI
2nd Floor Horiguchi Building
Garapan
Saipan MP 96950

VIA FACSIMILE 236-2910

RE:  *AIRS, ET AL v. CNMI TRAVEL AGENCY, INC.*
     Civil Action No.

Dear Judge Munson:

    We are writing to request a continuance of the hearing on our Motion for an Order To Show Cause against the CNMI Travel Agency which is currently scheduled on **September 16, 2005** at **8:30 a.m.** We were only able to serve Dina Aguon, the president of CNMI Travel, last night. Her attorney, Josh Berger, informed us today that he will not be available for the hearing. We agreed to continue this matter to one week or to a time and date convenient to the Court.

    We apologize for the short notice but we look forward to a favorable response from the Court.

    Thank you for your cooperation and understanding. If you have any questions, please do not hesitate to call our office.

Sincerely,

**SMITH & WILLIAMS**

By: _____

MARK K. WILLIAMS
Attorney At Law

RECEIVED
SEP 1 5 2005
Clerk
District Court
For The Northern Mariana Islands