FILED
Clerk
District Court

SEP 1 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  SMITH & WILLIAMS
   Attorneys at Law
2  P.O. Box 5133 CHRB
   Saipan MP 96950
3  Tel:  233-3334
   Fax:  233-3336
4
   Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AVIATION INDUSTRY REPORTING SYSTEM, INC., CONTINENTAL AIRLINES, INC. and NORTHWEST AIRLINES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANAS ISLAND TRAVEL AGENCY, INC.,<br><br>Defendant. | CIVIL ACTION NO. CV-03-0039<br><br>**STIPULATION AND ORDER**<br><br>Date:  September 21, 2005<br>Time:  9:00 am<br>Judge:  Hon. Alex R. Munson |

The parties hereby stipulate that the hearing for Plaintiff's Motion for an Order to Show Cause in Re: Contempt currently set for September 16, 2005, at 8:30 a.m. is continued to October 3, 2005, at **9:00 a.m.**

RESPECTFULLY SUBMITTED.

Date: September 16, 2005

_____
MARK K. WILLIAMS
Attorney for Plaintiffs

Date: September 16, 2005

_____
S. JOSHUA BERGER
Attorney for Defendant

# ORDER

**SO ORDERED.**

Dated: 9-19-05

_____
HON. ALEX R. MUNSON
Presiding Judge

**RECEIVED**

SEP 19 2005

Clerk
District Court
For The Northern Mariana Islands