F I L E D
Clerk
District Court

OCT ~ 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************************

CV-03-0039                                    October 3, 2005
                                              9:00 A.m.

Aviation Industry RS, Inc. -vs- CNMI Travel Agency, Inc.

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Mark Williams, Attorney for Plaintiffs
                Joshua Berger, Attorney for Defendant

PROCEEDINGS:    HEARING ON A MOTION FOR AN ORDER TO SHOW CAUSE

Plaintiffs were represented by Attorney Mark Williams. Defendants were represented by counsel, Attorney Joshua Berger.

Attorney Williams stated that the Defendant was unable to attend the hearing this morning because she was in hospital. Therefore, both parties requested a continuance of the hearing.

Court continued the hearing until Friday, October 21, 2005 at 9:00 a.m.

Adjourned 9:15 a.m.

K. Lynn Lemieux, Courtroom Deputy