FILED
Clerk
District Court

OCT - 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| A.I.R.S., INC, et al ) | CIVIL NO. 03-0039 |
| ) | |
| Plaintiffs, ) | |
| vs. ) | NOTICE OF |
| ) | CONTINUED HEARING |
| CNMI TRAVEL AGENCY, INC. ) | |
| ) | |
| Defendants. ) | |

NOTICE IS HEREBY GIVEN that the hearing that was held on October 3, 2005 at 9:00 a.m., in the above captioned matter is continued to **Friday, October 21, 2005 at 9:00 a.m.**

DATED this 3rd day of October, 2005.

*Alex R. Munson*
ALEX R. MUNSON, Chief Judge

AO 72A
(Rev.8/82)