District Court

OCT 2 0 2005

For The Northern Mariana Islands
By_____
                (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AVIATION INDUSTRY REPORTING SYSTEM, INC.; *et al.*, | Civil No. 03-0039 |
| Plaintiffs/ Counter-Defendants | ORDER TAKING MOTION FOR AN ORDER TO SHOW CAUSE OFF-CALENDAR |
| v. | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS TRAVEL AGENCY, INC., | |
| Defendant/ Counter-Plaintiff | |

IT IS ORDERED that the stipulation of the parties to again continue this matter is DENIED and this motion is taken off-calendar, without prejudice to being re-filed and re-noticed.

DATED this 20th day of October, 2005.

_____
ALEX R. MUNSON
Judge