F I L E D
Clerk
District Court

MAR - 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1   SMITH & WILLIAMS
    Attorneys at Law
2   P.O. Box 5133 CHRB
    Saipan MP 96950
3   Tel:    233-3334
    Fax:    233-3336
4
    Attorneys for Plaintiffs
5

6

7                IN THE UNITED STATES DISTRICT COURT
8                           FOR THE
                  NORTHERN MARIANA ISLANDS
9

10  AVIATION INDUSTRY REPORTING          CIVIL ACTION NO. CV-03-0039
    SYSTEM, INC., CONTINENTAL
11  AIRLINES, INC. and NORTHWEST
    AIRLINES, INC.,
12                                       DECLARATION IN SUPPORT OF
              Plaintiffs,                MOTION FOR AN ORDER TO
13                                       SHOW CAUSE IN RE: CONTEMPT
              vs.
14

15  COMMONWEALTH OF THE                  Date:
    NORTHERN MARIANAS ISLAND             Time:
16  TRAVEL AGENCY, INC.,                 Judge:   Hon. Alex R. Munson
17            Defendant.

18       I, ERIC S. SMITH, declare under penalty of perjury as follows:

19  1.   I am one of the attorneys for Plaintiffs in the above referenced case.

20  2.   The facts set forth in the attached Motion for an Order To Show Cause are true

21       and accurate to the best of my knowledge.

22  3.   Judgment in the amount of $165,114.45, costs of $3,044.15 and accrued interest

23       of 3.82% per annum, were rendered against Defendant CNMI Travel Agency on

24       January 24, 2005.

25  4.   On June 28, 2005, this Court ordered Defendant to pay Plaintiffs the amount of

26       $1,500.00 every first day of the month beginning July 1, 2005.

27  5.   Defendant failed to make any payments for the months of October, November and

28       December, 2005 and for the months of January and February, 2006.

6.      I spoke with CNMI Travel Agency's legal counsel, Joshua Berger, regarding this matter several times but no payment has been received from Defendant to date.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on March 1, 2006, at Garapan, CNMI.

_____
ERIC S. SMITH
Declarant