SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:  233-3334
Fax:  233-3336

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AVIATION INDUSTRY REPORTING SYSTEM, INC., CONTINENTAL AIRLINES, INC. and NORTHWEST AIRLINES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COMMONWEALTH OF THE NORTHERN MARIANAS ISLAND TRAVEL AGENCY, INC., <br><br> Defendant. | CIVIL ACTION NO. CV-03-0039 <br><br> **ORDER TO SHOW CAUSE IN RE: CONTEMPT** <br><br> Date: MAR 10 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. Alex R. Munson |

TO:   **CNMI TRAVEL AGENCY, INC.**

YOU ARE HEREBY ORDERED to appear before this Court at the 1st Floor of the Horiguchi Building, Garapan, Saipan MP on **MARCH 10**, at **9:00** am, to give any legal reason why this Court should not find you guilty of contempt and punish you for wilfully disobeying its Order, as set forth in the Declaration of Eric S. Smith, attorney for Plaintiffs.

Your failure to appear may subject you to arrest upon a warrant of this Court.

SO ORDERED.

Date:  3-2-06

_____
ALEX R. MUNSON
Chief Judge