# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AVIATION INDUSTRY REPORTING SYSTEM, INC., CONTINENTAL AIRLINES, INC. and NORTHWEST AIRLINES, INC., | Civil Action No. CV 03-0039 |
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| COMMONWEALTH OF THE NORTHERN MARIANAS ISLAND TRAVEL AGENCY, INC., | |
| Defendant. | |

F I L E D
Clerk
District Court

MAR 0 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

I, Rainaldo Agulto, hereby declare as follows:

1.    I am not a party in the above referenced matter.

2.    I am over the age of eighteen (18) years.

3.    I personally served a copy of **Plaintiffs' Motion for an Order to Show Cause; Declaration of Eric Smith in Support of Motion for an Order to Show Cause and Order/Notice of Hearing** to Dinah Aguon, in her capacity as President of Commonwealth of the Northern Mariana Islands Travel Agency, Inc., at her office in Chalan Lau Lau, Saipan, on March 3, 2006.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on March 6, 2006, Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

_____
RAINALDO AGULTO

Fee: $20.00