FILED
Clerk
District Court

MAR 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AVIATION INDUSTRY REPORTING SYSTEM, INC., CONTINENTAL AIRLINES, INC. and NORTHWEST AIRLINES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANAS ISLAND TRAVEL AGENCY, INC.,<br><br>Defendant. | CIVIL ACTION NO. CV-03-0039<br><br>STIPULATION AFTER HEARING ON PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT |

The parties hereby stipulate to continue the hearing on Plaintiffs' motion for an Order to Show Cause Re: Contempt. The purpose of the continuation is to provide Defendant additional time to provide information regarding the accounts receivable owed to Defendant by its customers including the government of the CNMI. All other orders heretofore made shall remain in effect.

BASED UPON THE STIPULATION, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion for an Order to Show Cause Re: Contempt is continued to **May 18, 2006** at **9:00 a.m.**

1   IT IS ORDERED.

2

3   Date: 3-28-06          _____
                              HON. ALEX R. MUNSON
4                                Presiding Judge

5

6
    Approved as to form
7

8

9   _____
    JOSHUA BERGER
10  Counsel for Defendant

11

12

13  _____
    DINA AGUON
14  President of *CNMI Travel Agency, Inc.*

15

16  _____
    MARK K. WILLIAMS, ESQ.
17  Counsel for Plaintiffs

18

19

20

21

22

23

24

25

26          RECEIVED

27          MAR 28 2006
28
              Clerk
           District Court
    For The Northern Mariana Islands