SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiffs

F I L E D
Clerk
District Court

MAY 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

AVIATION INDUSTRY REPORTING SYSTEM, INC., CONTINENTAL AIRLINES, INC. and NORTHWEST AIRLINES, INC.,

Plaintiffs,

vs.

COMMONWEALTH OF THE NORTHERN MARIANAS ISLAND TRAVEL AGENCY, INC.,

Defendant.

CIVIL ACTION NO. CV-03-0039

**STIPULATION AND ORDER**

Date:   May 18, 2006
Time:   9:00 am
Judge:  Hon. Alex R. Munson

The parties hereby stipulate that the hearing for Plaintiff's Motion for an Order to Show Cause in Re: Contempt currently set for May 18, 2006, at 9:00 a.m. is continued to **June 15, 2006** at **9:00 a.m.**

RESPECTFULLY SUBMITTED.

Date:  May 17, 2006                     _____
                                        ERIC S. SMITH
                                        Attorney for Plaintiffs

Date:  May 17, 2006                     _____
                                        S. JOSHUA BERGER
                                        Attorney for Defendant

# O R D E R

Based on the parties' stipulation, the hearing on Plaintiff's Motion for an Order to Show Cause in Re: Contempt currently set for May 18, 2006, at 9:00 a.m. is continued to **June 15, 2006**, at **9:00 a.m.**

**SO ORDERED.**

Dated: 5-18-06

_____
HON. ALEX R. MUNSON
Chief Judge