MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUN 1 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CV-03-0039

June 15, 2006
9:15 a.m.

### A.I.R.S. -vs- CNMI Travel

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Eric Smith, Attorney for Plaintiff

PROCEEDINGS:   ORDER TO SHOW CAUSE

Plaintiff was represented in court by Attorney Eric Smith. No one was present to represent defendants.

Attorney Smith moved the Court to take the matter off-calendar as he was unable to locate any officers of CNMI Travel.

Court GRANTED the motion.

Adjourned 9:16 a.m.

*K. Lynn Lemieux, Courtroom Deputy*