FILED
Clerk
District Court

JUL 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AVIATION INDUSTRY REPORTING SYSTEM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLAND TRAVEL AGENCY, INC., <br><br> Defendants. | Civil Action No. CV 03-0039 <br><br> Order Rescheduling Hearing |

Eric S. Smith
Attorney at Law
P.O. Box 5133
Saipan, MP 96950

Joshua S. Berger
Attorney at Law
P.O. Box 504340
Saipan, MP 96950

The Contempt Hearing in the above case scheduled for Wednesday, July 26, 2006 at 10:00 a.m., is rescheduled to 8:30 a.m., on the same date

IT IS SO ORDERED.

DATED THIS 21th day of July, 2006.

*/s/ Alex R. Munson*

Judge Alex R. Munson